UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:22-CV-81618-AMC

HOWARD COHAN,

    Plaintiff,

vs.

290 EA LLC,
a Florida Limited Liability Company
d/b/a VIC AND ANGELO'S

    Defendant(s).
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, with prejudice against Defendant, 290 EA LLC, a Florida Limited Liability Company, d/b/a VIC AND ANGELO'S.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on a representative for Defendant, Antonio Rizzi, via email at: antonio@850office.com

    By: **/s/ Gregory S. Sconzo**
    GREGORY S. SCONZO, ESQUIRE
    Florida Bar No.: 0105553
    SAMANTHA L. SIMPSON, ESQ.
    Florida Bar No.: 1010423
    **Primary Email:** greg@sconzolawoffice.com
    **Primary Email:** samantha@sconzolawoffice.com
    **Secondary Email:** alexa@sconzolawoffice.com

    **Sconzo Law Office, P.A.**
    3825 PGA Boulevard, Suite 207

Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459