UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81618-CIV-CANNON

**HOWARD COHAN**,

    Plaintiff,

v.

**290 EA LLC**,
*a Florida Limited Liability Company*
*doing business as* Vic and Angelo's,

    Defendant.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** comes before the Court upon Plaintiffs' Notice of Voluntary Dismissal [ECF No. 4], filed on November 7, 2022.  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to any Defendant serving an answer or motion for summary judgment, dismisses the case.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly, this case is **DISMISSED WITH PREJUDICE**, effective November 7, 2022, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 4].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 8th day of November 2022.

                                                                   **AILEEN M. CANNON**
                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record